UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOANNA MARIE LANZI,

        **Plaintiff,**

v.                                                          Case No: 6:21-cv-1662-GKS-EJK

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

### REPORT AND RECOMMENDATION

This cause comes before the Court on Defendant's Unopposed Motion for Entry of Judgment with Remand (the "Motion"), filed December 9, 2021. (Doc. 19.) Upon consideration, I respectfully recommend that the Motion be Granted. Therein, Defendant requests that the case be reversed and remanded to the Commissioner of Social Security, pursuant to sentence four[1] of 42 U.S.C. § 405(g), for "further administrative proceedings, including evaluation of Plaintiff's Title II claim." (*Id.* at 1.)

Upon consideration of the foregoing, I respectfully recommend that:

1. The Court **GRANT** Defendant's Unopposed Motion for Entry of Judgment with Remand. (Doc. 19.)

---

[1] A "sentence-four" remand refers to the fourth sentence of 42 U.S.C. § 405(g). Sentence four authorizes the Court to enter a "judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing."

2. The final decision of the Commissioner be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for the aforementioned reasons.

3. The Court **DIRECT** the Clerk to enter a separate judgment in favor of Plaintiff and to close the case.

## NOTICE TO PARTIES

The party has fourteen days from the date the party is served a copy of this report to file written objections to this report's proposed findings and recommendations or to seek an extension of the fourteen-day deadline to file written objections. 28 U.S.C. § 636(b)(1)(C). A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636(b)(1). **If the parties do not object to this Report and Recommendation, then they may expedite the approval process by filing notices of no objection**.

Recommended in Orlando, Florida on December 13, 2021.

*[signature]*

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Parties