UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOANNA MARIE LANZI,

    Plaintiff,

v.                                    Case No: 6:21-cv-1662-GKS-EJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon Defendant, Commissioner of Social Security's, Unopposed Motion for Entry of Judgment With Remand (Doc. 19) (Motion). Defendant's Motion specifies that the Commissioner "respectfully requests that the Court remand this action, pursuant to sentence four of 42 U.S.C. § 405(g), to the Commissioner for further administrative proceedings, including evaluation of Plaintiff's Title II claim." (Doc. 19:1). The Court referred the Motion to the United States Magistrate Judge for a report and recommendation (Report and Recommendation).

On December 13, 2021, the United States Magistrate Judge issued a Report and Recommendation (Doc. 20), recommending that Defendant's Motion be

granted, the Commissioner's decision be reversed and remanded, and judgment be entered for Plaintiff.

After review and consideration of the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

> 1. United States Magistrate Judge Embry J. Kidd's Report and Recommendation (Doc. 20) is **APPROVED and ADOPTED** and is made part of this Order for all purposes, including appellate review.
>
> 2. Defendant's Unopposed Motion for Entry of Judgment With Remand (Doc. 19) is **GRANTED**.
>
> 3. The Commissioner's final decision is **REVERSED**, and the action is **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) for the reason stated by the Commissioner.
>
> 4. The Clerk of Court is **DIRECTED** to enter Judgment in favor of Plaintiff, Joanna Marie Lanzi, and against Defendant Commissioner of Social Security, and **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida, this 30 day of December, 2021.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Unrepresented Parties